OKED 442 (Rev. 09/15)

RECEIVED
U.S. MARSHALS
EASTERN OKLAHOMA
2021 NOV 10 AM 11: 28

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| United States of America | ) |
| v. | ) |
| | ) Case No. CR-21-347-RAW |
| DALYN RAY LANE JOHNSON | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
**DALYN RAY LANE JOHNSON**
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 – Arson in Indian Country

**FILED**

DATE: 11/09/2021
Muskogee, Oklahoma

DEC 6 2021
PATRICK KEANEY
Clerk, U.S. District Court
By _____ Deputy Clerk

*WARRANT ISSUED:*
PATRICK KEANEY, Clerk

By: Kimberly Cluck
   *Deputy Clerk*

### Return

This warrant was received on *(date)* 11/10/21, and the person was arrested on *(date)* 12/2/2021
at *(city and state)* USMS - Muskogee.

Date: 12/2/21

Arresting officer's signature

William R. Banks DUSM
*Printed name and title*