IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DALYN RAY LANE JOHNSON,<br><br>*Defendant*. | Case No.   CR-21-347-RAW |

ENTRY OF APPEARANCE

TO: BONNIE N. HACKLER, Clerk

    COMES NOW, the plaintiff, United States of America, by Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, through Rachel Geizura, Assistant United States Attorney, and requests you enter my appearance as attorney of record for the plaintiff in the above captioned case.

    Respectfully submitted,

    CHRISTOPHER J. WILSON
    United States Attorney

s/    *Rachel Geizura*
    RACHEL GEIZURA, PA Bar #327209
    Assistant United States Attorney
    520 Denison Avenue
    Muskogee, Oklahoma 74401
    Telephone: (918) 684-5100
    Fax: (918) 684-5150
    Rachel.Geizura@usdoj.gov