# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR-21-347-RAW |
| Plaintiff, | ) | |
| v. | ) | Date: 04/02/2025 |
| DALYN RAY LANE JOHNSON | ) | Time: 10:59 a.m. – 11:11 a.m. |
| Defendant. | ) | |

**MINUTE SHEET**
**INITIAL APPEARANCE**
**(Rule 32.1)**

U.S. Magistrate Judge, D. Edward Snow     Toni Moore, Deputy Clerk     FTR Courtroom:  1 - Room 230

Counsel for Plaintiff:   Rachel Geizura, AUSA
Counsel for Defendant: Marny Hill, Appointed

☒ Fin. Afd / Deft orally requested counsel       Objections ☐ yes   ☒ no       ☒ Court appointed counsel

Defendant appeared with consent:       ☒ with Counsel;   ☒ sworn;

☒ Defendant advised of constitutional rights, allegations, and possible penalties if supervision revoked.

☒ Defendant acknowledged receipt of <u>Petition for revocation of supervised release</u>

☐ Govt ready to proceed with preliminary hearing
☐ Deft ready to proceed with preliminary hearing
☒ Defendant waived Preliminary Hearing
  ☒ Waiver by defendant accepted by Court
☐ Defendant requested Preliminary Hearing         ☐ Preliminary Hearing set _____

**Findings:**
☒ Court finds probable cause to believe that defendant has violated his supervised release (DES).

**Bond / Detention:**
☐ Parties have reviewed Pretrial Services Report regarding detention       Objections ☐ yes ☐ no
☒ Government filed motion for detention
☐ Defendant made proffer as to detention issue and requested to be allowed to post bond
☒ Defendant waived his detention hearing at this time.
☐ Defendant requested Detention Hearing         ☐ Detention Hearing set _____
☒ Defendant remanded to custody of U. S. Marshal.
☒ Matter referred to U.S. District Judge Ronald A. White, for further proceedings.

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: TM